UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  MJ No. 04-814-MBB |
| | ) |
| JOSE J. GALINHA, | ) |
| | ) |
| Defendant. | ) |

### GOVERNMENT'S MOTION TO UNSEAL

The United States Attorney hereby respectfully moves the Court to unseal the complaint and supporting affidavit related to this matter. As grounds for this motion, the government states that the defendant has been arrested and no further purpose is served by keeping the complaint and affidavit sealed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
BRIAN T. KELLY
Assistant U.S. Attorney

*[Handwritten marginalia: "April 8, 2004. Allowed. Marianne B. Bowler, USMJ"]*