AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

APPEARANCE
Arraignment

Case Number: 04814-MBB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Juce Galvinke

I certify that I am admitted to practice in this court.

4/8/04
Date

Signature

BARRY P WILSON 529680
Print Name Bar Number

1247 Commercial St
Address

Boston MA 02109
City State Zip Code

6172488975 6175238700
Phone Number Fax Number