AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

JOSE J. GALINHA

**WARRANT FOR ARREST**

CASE NUMBER: MJ 04-814-MBB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____JOSE J. GALINHA_____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
tax evasion

in violation of
Title _____26_____ United States Code, Section(s) 7201

MARIANNE B. BOWLER
Name of Issuing Officer

Chief U.S. Magistrate Judge
Title of Issuing Officer

Marianne B. Bowler, USMJ
Signature of Issuing Officer

April 7, 2004 @ Boston @ 3:30 PM
Date and Location

Bail fixed at $ _____ by _____
                                              Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: JOSE J. GALINHA

ALIAS: 

LAST KNOWN RESIDENCE: 5 Faith Avenue, Fairhaven, MA

LAST KNOWN EMPLOYMENT: J.G. Seafood, New Bedford, MA

PLACE OF BIRTH: Unknown

DATE OF BIRTH (4 digit year): 00-00-1952

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 2331

HEIGHT:                                               WEIGHT:

SEX: Male                                             RACE:

HAIR:                                                 EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: Internal Revenue Service