AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

JOSE J. GALINHA

## WARRANT FOR ARREST

CASE NUMBER: MJ 04-814-MBB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___JOSE J. GALINHA___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
tax evasion

in violation of
Title ___26___ United States Code, Section(s) ___7201___

MARIANNE B. BOWLER
Name of Issuing Officer

Marianne B. Bowler, USMJ
Signature of Issuing Officer

Chief U.S. Magistrate Judge
Title of Issuing Officer

April 7, 2004 @ Boston @ 3:30 PM
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at ___New Bedford, MA___

| DATE RECEIVED 4/7/04 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 4/7/04 | SA - John D. O'Neil | John D. O'Neil |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: JOSE J. GALINHA

ALIAS: 

LAST KNOWN RESIDENCE: 5 Faith Avenue, Fairhaven, MA

LAST KNOWN EMPLOYMENT: J.G. Seafood, New Bedford, MA

PLACE OF BIRTH: Unknown

DATE OF BIRTH (4 digit year): 00-00-1952

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 2331

HEIGHT:                                              WEIGHT:

SEX: Male                                            RACE:

HAIR:                                                EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: Internal Revenue Service